UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:11-cr-0018-ECR-VPC |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | |
| JULIUS HOLLEY, and AMANDA ROA, | Date: January 17, 2012 |
| Defendants. | |

PRESENT:   EDWARD C. REED, JR.           U. S. DISTRICT JUDGE

Judicial Assistant:  CANDACE KNAB    Reporter:  NONE APPEARING

Counsel for Plaintiff(s)          NONE APPEARING

Counsel for Defendant(s)          NONE APPEARING

MINUTE ORDER IN CHAMBERS

    Defendant Amanda Roa filed a Motion for Joinder of Co-Defendant's Motions (#58) on January 16, 2012.

    IT IS ORDERED that Defendant's Motion (#58) is GRANTED.

                               LANCE S. WILSON, CLERK

                               By   /s/
                                   Deputy Clerk